**STATE of Missouri, Respondent,**

v.

**Steven D. TURNER, Appellant.**

**Nos. WD 51210, WD 52762.**

Missouri Court of Appeals,
Western District.

April 29, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

This consolidated appeal arises from a jury conviction for first degree burglary § 558.016 and 558.019, RSMo 1994, in Buchanan County. Appellant was sentenced as a prior and persistent offender to twelve years imprisonment.

Judgments affirmed. Rules 30.25(b) and 84.16(b).

**David William KIERST in the Interest of D.A.H., Respondent,**

v.

**M.A.H. (Natural Father) and M.A. (Natural Mother), Appellant.**

**No. WD 52930.**

Missouri Court of Appeals,
Western District.

April 29, 1997.

Mary A. Marquez, Kansas City, Dale Nathan Godfrey, Kansas City, for David W. Kierst, Guardian Ad Litem.

Marc Ericson, Overland Park, KS, Stuart Kahn, Kansas City, for M.A.H. and M.A.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

The natural father's parental rights over D.A.H. were terminated under § 211.447.2. The father alleges lack of sufficient competent evidence to support the judgment and alleges error in denying his motion for habeas corpus ad testificandum.

Judgment affirmed. Rule 84.16(b).